Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED PONCE**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **NAVIENT SOLUTIONS, INC.** <br><br> Defendant. | Case No. **2:17-cv-00551-PA-AFM** <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

///

Stipulation to Dismiss- 1

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 14th Day of December, 2017,

By: s/Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

By: s/ *Lisa M. Simonetti*
Lisa M. Simonetti

Attorney for Defendant

Filed electronically on this 14th Day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Percy Anderson
United States District Court
CENTRAL District of California

And all counsel registered on ECF.

This 14th Day of December, 2017.

s/Adrian R. Bacon.
Adrian R. Bacon.